FILED
CLERK U.S. DISTRICT COURT
FEB 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 12-MJ-334 |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| PETER FREGOSO ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __S.D.Cal.__ for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1 | Lack of Background information regarding
2 | defendant and sureties as well as defendant's
3 | probation status
4 | and/or
5 | B.   ( )   The defendant has not met (his)/her burden of establishing by
6 | clear and convincing evidence that (he)/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: the nature of the alleged charges

14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.

17 | Dated: 2/10/12

UNITES STATES MAGISTRATE JUDGE